No. 96–586. ARIZONA CENTRAL RAILROAD v. ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–610. WEISS v. MORENO VALLEY UNIFIED HIGH SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–611. MCINTOSH ET AL. v. JACKSON. C. A. 9th Cir. Certiorari denied.

No. 96–623. SAAVEDRA, SPECIAL ADMINISTRATRIX OF THE ESTATES OF YAMAGUCHI ET AL., DECEASED v. KOREAN AIR LINES CO., LTD. C. A. 9th Cir. Certiorari denied.

No. 96–624. REHMAN v. ECC INTERNATIONAL CORP. ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 96–633. GUERRA v. COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO. C. A. 5th Cir. Certiorari denied.

No. 96–637. TROUTWINE FAMILY TRUST v. COUNTY OF NEVADA ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 96–638. GANYO v. SEGUIN INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–654. BROWN ET AL. v. FIRST STATE BANK OF HARVARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–664. WILLIAMS ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–668. CITY OF SAN JUAN, TEXAS v. NORTH ALAMO WATER SUPPLY CORP. C. A. 5th Cir. Certiorari denied.

No. 96–671. LAWRENCE ET AL. v. MELISSA HOLDINGS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–692. TAYLOR v. PRINCIPAL FINANCIAL GROUP, INC., ET AL. C. A. 5th Cir. Certiorari denied.